**Order entered December 4, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00703-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**ASHLEY BETH GAMILL, Appellee**

**On Appeal from the County Criminal Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. MA13-49137**

## ORDER

On November 1, 2013, this Court ordered Trashuna Salaam, official court reporter of the County Criminal Court No. 7 to file State's Exhibit no. 1 within fifteen days. To date, we have not received the exhibit, nor has Ms. Salaam communicated with the Court regarding the status of the exhibit.

Accordingly, the Court **ORDERS** court reporter Trashuna Salaam to file, within **TEN DAYS** of the date of this order, a supplemental record containing State's Exhibit no. 1, a DVD. If the exhibit is not filed within the time specified, the Court will order that Trashuna Salaam not sit as a court reporter until she files the exhibit in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Elizabeth Crowder, Presiding Judge, County Criminal Court No. 7; Trashuna Salaam, official court reporter, County Criminal Court No. 7; and to counsel for all parties.

/s/     DAVID EVANS
PRESIDING JUSTICE